**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAZEN FARES

     Plaintiff,

v.                            CASE NO.:   8:18-cv-01613-CEH-JSS

CAPITAL ONE BANK (USA), N.A.

     Defendant.

### <u>NOTICE OF PENDING SETTLEMENT</u>

     **PLAINTIFF,** MAZEN FARES, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, MAZEN FARES, and Defendant, CAPITAL ONE BANK (USA), N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.   Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

### <u>CERTIFICATE OF SERVICE</u>

     **I HEREBY CERTIFY** that, on this 23rd day of January 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                        Respectfully submitted,

                        */s/Heather H. Jones*
                        Heather H. Jones, Esq.
                        Florida Bar No. 0118974
                        William "Billy" Peerce Howard, Esq.
                        Florida Bar No. 0103330
                        THE CONSUMER PROTECTION FIRM, PLLC
                        4030 Henderson Blvd.
                        Tampa, FL   33629
                        Telephone: (813) 500-1500, ext. 205
                        Facsimile: (813) 435-2369
                        Heather@TheConsumerProtectionFirm.com
                        Billy@TheConsumerProtectionFirm.com
                        *Attorney for Plaintiff*