**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAZEN FARES,

    Plaintiff,

v.                                CASE NO.: 8:18-cv-01613-CEH-JSS

CAPITAL ONE BANK (USA), N.A.

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    **COMES NOW** the Plaintiff, MAZEN FARES, and the Defendant, CAPITAL ONE BANK (USA), N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    By:

| | |
|---|---|
| /s/ Heather H. Jones | /s/ Megan P. Stephens |
| Heather H. Jones, Esq. | Megan P. Stephens, Esq. |
| Florida Bar No. 0118974 | Florida Bar No. 92557 |
| William "Billy" Peerce Howard, Esq. | BURR & FORMAN LLP |
| Florida Bar No. 0103330 | 420 N. 20th Street, Suite 3400 |
| THE CONSUMER PROTECTION FIRM, PLLC | Birmingham, AL 35203 |
| 4030 Henderson Blvd. | Telephone: (205) 251-3000 |
| Tampa, FL 33629 | Facsimile: (205) 714-6893 |
| Telephone: (813) 500-1500, ext. 205 | Megan.Stephens@burr.com |
| Facsimile: (813) 435-2369 | *Attorney for Defendant* |
| Heather@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

      I certify that on March 18, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

      */s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*