UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAZEN FARES,

    Plaintiff,

v.                                  Case No: 8:18-cv-1613-T-36JSS

CAPITAL ONE BANK (USA), N.A.,

    Defendant.
_____/

**ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 22). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 22).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own attorneys' fees, costs and expenses.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on March 18, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record